April 15, 2011

Mr. Wade Caven Crosnoe
Thompson Coe Cousins & Irons, L.L.P.
701 Brazos, Suite 1500
Austin, TX 78701
Mr. Randy Howry
HowryBreen, L.L.P.
1900 Pearl Street
Austin, TX 78705-5408

RE: Case Number: 09-0955
 Court of Appeals Number: 04-08-00490-CV
 Trial Court Number: 11331

Style: ALLEN KELLER COMPANY
 v.
 BARBARA JEAN FOREMAN, ET AL.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Barbara Meyer |
| |Mr. Keith E. |
| |Hottle |
| |Mr. Jeffrey A. |
| |Brannen |